PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: William Vaughn, IV      Case Number: 3:07-00061-01

Name of Judicial Officer: The Honorable Aleta A. Trauger, U. S. District Judge

Date of Original Sentence: January 8, 2008

Original Offense: 18 U.S.C. § 2113(a) and (d), Armed Bank Robbery

Original Sentence: 36 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: September 1, 2010

Assistant U.S. Attorney: Jimmie Lynn Ramsaur      Defense Attorney: Glen Funk

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Allowed to terminate from supervision still owing restitution.

Considered this 28th day of May, 2013, and made a part of the records in the above case.

U. S. District Judge
Aleta A. Trauger

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    May 21, 2013

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall make restitution payments of $9,544.00 at a minimum monthly rate of 10% of gross monthly income:**

Mr. Vaughn has made his monthly payments as ordered by the Court.

**Compliance with Supervision Conditions and Prior Interventions:**

William Vaughn has paid $4,781.78 in restitution with an unpaid balance of $4,762.22. His term of probation is set to expire August 31, 2013.

**U.S. Probation Officer Recommendation:**

Mr. Vaughn has paid as instructed by the Court. It is recommended he be allowed to terminate from supervision still owing restitution. If he does not continue to make appropriate payments after his supervision expires, the U.S. Attorney's Office may garnish his income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
W. Burton Putnam
Supervisory U.S. Probation Officer